# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| KINSALE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>AMERI-CAL REPIPE AND PLUMBING, INC et al.,<br><br>      Defendants. | Case No. 8:26-cv-00515-DFM<br><br>ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE FOR AUGUST 25, 2026, at 9:30 a.m. |

The parties have consented to have U.S. Magistrate Judge Douglas F. McCormick preside over all proceedings. This case is set for a scheduling conference under Federal Rule of Civil Procedure 16(b) on the above date. Unless excused for good cause shown, lead counsel shall appear at the scheduling conference. If the Court determines that a Scheduling Order can be issued based on the Joint Rule 26(f) Report, the scheduling conference will be vacated.

## A.    Joint Rule 26(f) Report

The parties shall meet no later than (21) days before the scheduling conference. The Joint Rule 26(f) Report shall be filed no later than fourteen (14) days before the scheduling conference. The Report shall be drafted by plaintiff (unless the parties agree otherwise) but shall be submitted and signed

jointly. "Jointly" contemplates a single report, regardless of how many separately represented parties there are. The Report shall discuss the issues described below, which include those required to be discussed by Rule 26(f) and Local Rule 26:

1.  **Statement of the case:** a short synopsis (not to exceed two pages) of the main claims, counterclaims, and affirmative defenses.

2.  **Legal issues:** a brief description of the key legal issues, including any unusual substantive, procedural, or evidentiary issues.

3.  **Damages:** the realistic range of provable damages.

4.  **Insurance:** whether there is insurance coverage, the extent of coverage, and whether there is a reservation of rights.

5.  **Motions:** a statement of the likelihood of motions seeking to add other parties or claims, file amended pleadings, or transfer venue.

6.  **Discovery and experts:** pursuant to Rule 26(f), state what, if any, changes in the disclosures under Rule 26(a) should be made; the subjects on which discovery may be needed and whether discovery should be conducted in phases or otherwise be limited; what discovery has been conducted thus far; whether applicable limitations should be changed or other limitations imposed; and whether the Court should enter other orders. Please state how many depositions each side will conduct. Also discuss the proposed time of expert witness disclosures under Rule 26(a)(2).

7.  **Dispositive motions:** a description of the issues or claims that any party believes may be determined by motion for summary judgment or motion *in limine*.

8. **Settlement and settlement mechanism:** a statement of what settlement discussions and/or written communications have occurred (specifically excluding any statement of the terms discussed) and a statement pursuant to Local Rule 16-15.4 selecting a settlement mechanism.

9. **Trial estimate:** a realistic estimate of the time required for trial and whether trial will be by jury or by court. Each side must specify the number of witnesses it expects to call.

10. **Timetable:** complete the "Proposed Schedule of Pretrial and Trial Dates" form attached as Exhibit A to this Order and attach it to the Rule 26(f) report. Submission of a completed Exhibit A is mandatory. The entries in the "Weeks Before Trial" column merely reflect what the Court believes are appropriate for most cases; those entries are not necessarily applicable to this case. Each entry proposing dates shall fall on a Tuesday.

11. **Independent Expert or Master:** advise the Court whether this is a case in which a master pursuant to Rule 53 or an independent scientific expert should be appointed.

12. **Other issues:** a statement of any other issues affecting the status or management of the case (e.g., unusually complicated technical or technological issues, disputes over protective orders, extraordinarily voluminous document production, non-English speaking witnesses, discovery in foreign jurisdictions, etc.).

**B.    Expedited Trial Option**

The Court offers an expedited trial option for civil cases. A short explanation of the program and default procedures are available on Judge McCormick's Procedures and Schedules page, available here.

**C.** **Notice to be Provided by Counsel**

Plaintiff's counsel or, if plaintiff is appearing *pro se*, defendant's counsel, shall provide this Order to any parties who first appear after date of this Order and to parties who are known to exist but have not yet entered appearances.

**D.** **Disclosure to Clients**

Counsel are ordered to deliver to their respective clients a copy of this Order and of the Court's Scheduling and Case Management Order, which contains the schedule that is set at the Scheduling Conference.

* * *

The Court thanks the parties and their counsel for their anticipated cooperation in complying with the requirements set forth in this Order.

IT IS SO ORDERED.

Date: June 10, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge

4

## EXHIBIT A

## PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Event | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| File Motions to Add Parties or Amend Pleadings | Scheduling Conference Date + 60 | | |
| Fact Discovery Cut-Off | 20 | | |
| Expert Disclosure (Initial) | 18 | | |
| Expert Disclosure (Rebuttal) | 14 | | |
| Expert Discovery Cut-Off | 10 | | |
| Hear Motions | 7 | | |
| Complete Settlement Conference (L.R. 16-15) | 6 | | |
| File Motions in Limine | 6 | | |
| Oppositions to Motions in Limine | 5 | | |
| Trial Filings (first round)<br>• Mem. of Contentions of Fact and Law (L.R. 16-4)<br>• Witness Lists (L.R. 16-5)<br>• Joint Exh. List (L.R. 16-6.1)<br>• Joint Status Report Regarding Settlement | 3 | | |
| Trial Filings (second round)<br>• Joint Proposed FTPC Order (L.R. 16-7)<br>• Joint Agreed Upon Proposed Jury Instructions<br>• Disputed Proposed Jury Instructions<br>• Joint Proposed Verdict Forms<br>• Joint Proposed Statement of the Case<br>• Proposed Voir Dire Questions | 2 | | |
| Final Pretrial Conference and Hearing on Motions in Limine | 2 | | |
| Proposed FOF and COL (L.R. 52, bench trial only) | 1 | | |
| Trial Date (jury) (court) Estimated length: _____ days | 9:00 a.m. (Tuesdays) | | |