**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK PIKE, | CASE NUMBER |
| PLAINTIFF(S) | 8:26-CV-00515 JWH (JDEx) |
| v. | |
| AMERICAN INSURANCE COMPANY, et al., | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☐ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:  ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE

Filed date:          6/10/2026          Document Number(s):   36

☐ Incorrect case number _____ was assigned to this ☐ action   ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from   ☐ Judge ☐ Magistrate Judge _____ to

☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to   ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Due to clerical error, the Order Setting Rule 26(f) Scheduling Conference (Dkt 36) was docketed on this case in error and is moot.

CLERK, U.S. DISTRICT COURT

Date: _____June 11, 2026_____     By: ____N. Boehme_____

                                                     Deputy Clerk